UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 3:06-36-KKC

MARCUS CAREY,                                                                                    PLAINTIFF,

v.                                             **JUDGMENT**

STEPHEN D. WOLNITZEK,
*in his Official Capacity*
*as Chairperson of the Kentucky Judicial*
*Conduct Commission, et al.*                                                                    DEFENDANTS.

\* \* \* \* \* \* \* \* \*

    In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

    1)    The Defendants' Motion for Summary Judgment [DE 136] is GRANTED and judgment is entered in favor of the Defendants;

    2)    This matter is DISMISSED and STRICKEN from the active docket of this Court; and

    3)    This Judgment is FINAL and APPEALABLE.

This 29th day of September, 2012,

Signed By:
*Karen K. Caldwell* KKC
United States District Judge